DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Treat v. Roane<br><br>Case below:<br>179 N.C. App. ——<br>(5 September 2006) | No. 511P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1234)<br><br>2. Defs' (Watson and Wake Med. Center) Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (Karen Roane) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 11/16/06<br><br>2. Dismissed as Moot 11/16/06<br><br>3. Dismissed as Moot 11/16/06 |
| Wilkins v. N.C. State Univ.<br><br>Case below:<br>178 N.C. App. 377 | No. 403P06 | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA05-1253)<br><br>2. Petitioner's PWC Review Decision of COA | 1. Denied 10/05/06<br><br>2. Denied 10/05/06 |
| Zubaidi v. Earl L. Pickett Enters., Inc.<br><br>Case below:<br>179 N.C. App. ——<br>(15 August 2006) | No. 494P06 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1582)<br><br>2. Plts' Motion for Temporary Stay<br><br>3. Plts' Petition for Writ of Supersedeas | 1. Denied 10/05/06<br><br>2. Denied 10/05/06<br><br>3. Denied 10/05/06 |

## PETITIONS TO REHEAR

| | | | |
|---|---|---|---|
| D'Aquisto v. Mission St. Joseph's Health Sys.<br><br>Case below:<br>360 N.C. 567 | No. 415PA05 | Def's (Health Systems) Petition to Rehear (COA04-1259) | Denied 11/08/06 |
| Perez v. American Airlines/AMR Corp.<br><br>Case below:<br>360 N.C. 587 | No. 661PA05 | Def's Petition to Rehear (COA04-1573) | Denied 11/16/06 |
| State v. Ivey<br><br>Case below:<br>360 N.C. 562 | No. 458PA05 | 1. AG's Motion to Suspend the Rules (COA04-1420)<br><br>2. AG's Motion to Stay Mandate<br><br>3. AG's Motion to Reconsider or Rehear the Case | 1. Denied 09/05/06<br><br>2. Denied 09/05/06<br><br>3. Denied 09/05/06 |